1  **JELLISON LAW OFFICES, PLLC**
2  18801 North Thompson Peak Parkway
   Suite D-235
3  Scottsdale, Arizona 85255
   Telephone: 480.621.6149
4  JAMES M. JELLISON, ESQ. (SBN 012763)
5  E: jim@jellisonlaw.com
   E: admin@jellisonlaw.com
6     *Counsel for Defendants Joe's Auto Service Centers, LLC dba Joe's Auto, LLC and Joe's*
7     *Auto; Joe's Auto, LLC; Joseph D. Yarema Sr. and Jane Doe Yarema; Joseph Yarema Jr.*
      *and Jane Doe Yarema; and Taylor James (the "Defendants")*
8
9                 **IN THE UNITED STATES DISTRICT COURT**
10
                      **FOR THE STATE OF ARIZONA**
11

| | |
|---|---|
| 12   Brandon Schlensig, | Case No. |
| 13                    Plaintiff, | [Maricopa County Superior Court Case No. CV 2025-012731] |
| 14   v. | |
| 15   Joe's Auto Service Centers, LLC dba | **NOTICE OF REMOVAL OF ACTION FROM STATE COURT** |
| 16   Joe's Auto, LLC and Joe's Auto; Joe's Auto, LLC; Joseph D. Yarema Sr. and | |
| 17   Jane Doe Yarema, husband and wife; | |
| 18   Joseph Yarema Jr. and Jane Doe Yarema, husband and wife; and Taylor James, a | |
| 19   single man, | |
| 20                   Defendants. | |

21
22      **TO THE CLERK OF COURT**:
23         PLEASE TAKE NOTICE that pursuant to 28 U.S.C. §§1331, 1343, 1441, and 1446
24  and U.S. District Court Local Rule 3.6, Defendants Joe's Auto Service Centers, LLC dba
25  Joe's Auto, LLC and Joe's Auto, an Arizona limited liability company; Joe's Auto, LLC,
26  an Arizona limited liability company; Joseph D. Yarema Sr. and Jane Doe Yarema, husband
27  and wife; Joseph Yarema Jr. and Jane Doe Yarema, husband and wife; and Taylor James, a
28  single man (collectively the "Defendants"), by and through counsel undersigned, hereby

notice the removal of the above-captioned case from the Arizona Superior Court, County of Maricopa, to this Court an in support thereof respectfully show:

Plaintiff filed his Complaint in the state court action on or about April 9, 2025. The Summons and Complaint were served upon Joe's Auto Service Centers, LLC dba Joe's Auto, LLC and Joe's Auto; Joe's Auto, LLC on July 1, 2025. The Summons and Complaint were served upon Joseph D. Yarema Sr. and Jane Doe Yarema; Joseph Yarema Jr. and Jane Doe Yarema; and Taylor James on June 25, 2025.

1. This Notice of Removal is being filed within thirty days after service of the Complaint, which is timely filed under 28 U.S.C. §1446(b).

2. The Defendants have not answered or otherwise responded to the Complaint.

3. Upon information and belief, Plaintiff is a resident of the State of Arizona.

4. A copy of this Notice has been filed with the Clerk of the Superior Court in and for Maricopa County.

5. This is a civil action in which Plaintiff alleges a federal cause of action pursuant to the Family and Medical Leave Act for which this Court has jurisdiction pursuant to 28 U.S.C. §1331; and related state law claims to which this Court may assert pendent jurisdiction pursuant to 28 U.S.C. §1367.

WHEREFORE, Defendants request the above-entitled action now pending in the Superior Court of the State of Arizona, in and for the County of Maricopa, be removed to this Court and that all further proceedings in this action be conducted in this Court as provided by law, and as a Phoenix Precinct matter pursuant to LRCiv. 77.1.

DATED this 21st day of July 2025.

JELLISON LAW OFFICES, PLLC

s/ *James M. Jellison*
James M. Jellison, Esq.
*Counsel for Defendants*

## CERTIFICATE OF FILING & SERVICE

I hereby certify that on July 21, 2025. I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing with service on the following registrants, or by mail if not a registrant:

Chad Conelly, Esq.
Conelly Law Group, PLLC
Indian Bend Corporate Centre
8161 East Indian Bend Road, Suite 103
Scottsdale, Arizona 85250
T: 480.268.2658
E: cc@arizonalegal.com
  *Counsel for Plaintiff*

By: s/ *Rebecca L. Craft*